# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MAX RAY BUTLER, | Case No. EDCV 17-1701 MWF (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| SWAIN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 20, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE